1   Eric K. Fogderude, #070860
    FLETCHER & FOGDERUDE, INC.
2   A Professional Corporation
    5412 North Palm Avenue, Suite 101
3   Fresno, California 93704
    Telephone: (559) 431-9710
4   Facsimile: (559) 431-4108

5   Attorney for Defendant SARAI PELAYO

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   CASE NO. 06-00315 AWI
                                   )
12          Plaintiff,             )   STIPULATION TO ADVANCE
                                   )   SENTENCING DATE AND ORDER
13                                 )
    vs.                            )
14                                 )   Date: July 23, 2007
    SARAI PELAYO,                  )   Time: 9:00 a.m.
15                                 )   Judge: Hon. Anthony W. Ishii
            Defendant.             )
16  _____)

17

18       It is hereby stipulated between the parties that the

19  sentencing hearing presently scheduled for July 23, 2007 be

20  advanced to July 2, 2007 at 9:00 a.m.

21

22  DATED: June 19, 2007          FLETCHER & FOGDERUDE, Inc.

23                                 /s/ Eric K. Fogderude
                                  ERIC K. FOGDERUDE
24                                Attorney for Defendant,
                                  SARAI PELAYO

25
    DATED: June 19, 2007          /s/ Kathleen Servatius
26                                KATHLEEN SERVATIUS,
                                  Assistant U.S. Attorney

27

28  ///

---

**U.S. vs. Pelayo**                          **Stipulation to Advance Sentencing**
**Case No. 06-00315 AWI**

1

<u>ORDER</u>

2      IT IS SO ORDERED that the sentencing hearing in this case is

3 advanced to July 2, 2007 at 9:00 a.m.

4

5 IT IS SO ORDERED.

6 **Dated:    June 20, 2007**                      _____/s/ Anthony W. Ishii_____
                                                UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28